**Order entered August 9, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01666-CR
## No. 05-12-01667-CR

**ERASMO GARCIA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause Nos. F11-58343-Y, F10-61584-Y**

## ORDER

The Court **REINSTATES** the appeals.

On July 8, 2013, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeals; (2) appellant is indigent and is represented by court-appointed counsel Nanette Hendrickson; (3) Ms. Hendrickson's explanation for the delay in filing appellant's brief is her workload; and (4) Ms. Hendrickson requested thirty days from the August 6, 2013 hearing to file appellant's brief.

We **ORDER** appellant to file his brief by **SEPTEMBER 5, 2013**. Because counsel has already been granted one extension and the brief is now two months overdue, no further

extensions will be granted.  If the brief is not filed by the date specified, we will order Nanette Hendrickson and the Dallas County Public Defender's Office removed as counsel and will order the trial court to appoint a new attorney to represent appellant in this appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Michael Snipes, Presiding Judge, Criminal District Court No. 7; Katherine Drew, Appellate-Chief, Dallas County Public Defender's Office; Nanette Hendrickson, Dallas County Public Defender's Office; and to the Dallas County District Attorney's Office.

/s/     DAVID EVANS
            JUSTICE